B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of **New Jersey**

In re **Sean S Smith and Heather M. Smith**,  Case No. **21-11915-ABA**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  MidFirst Bank, Bankruptcy Department
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Court Claim # (if known): 3-1
Amount of Claim: $180,653.15
Date Claim Filed: 03/17/2021

Phone: 800-654-4566
Last Four Digits of Acct #: 1677

Phone: 800-274-7025
Last Four Digits of Acct. #: 7858

Name and Address where transferee payments should be sent (if different from above):
  MidFirst Bank, Bankruptcy Payments
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 1677

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Jenelle C Arnold**   Date: **7/14/2023**
Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.