Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−11915−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean S Smith
1 Primrose Lane
Blackwood, NJ 08012

Heather M. Smith
aka Heather M. Fronczkiewicz
1 Primrose Lane
Blackwood, NJ 08012

Social Security No.:
  xxx−xx−1175

  xxx−xx−3867

Employer's Tax I.D. No.:

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

  TO: Sean S Smith and Heather M. Smith
        Debtor(s)

  You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: March 5, 2026
JAN: dmb

Jeanne Naughton, Clerk