Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−11915−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean S Smith
1 Primrose Lane
Blackwood, NJ 08012

Heather M. Smith
aka Heather M. Fronczkiewicz
1 Primrose Lane
Blackwood, NJ 08012

Social Security No.:
   xxx−xx−1175                                        xxx−xx−3867

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

   TO: Sean S Smith and Heather M. Smith
          Debtor(s)

     You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under
Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: March 5, 2026
JAN: dmb

                                                    Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 21-11915-ABA

Sean S Smith                                                                    Chapter 13

Heather M. Smith

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                              Page 1 of 2

Date Rcvd: Mar 06, 2026                 Form ID: ntcfncur                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db/jdb | + Sean S Smith, Heather M. Smith, 1 Primrose Lane, Blackwood, NJ 08012-4466 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit  Inc. bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Robert Braverman | on behalf of Joint Debtor Heather M. Smith rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;fbeal@mcdowlllegal.com;bravermanrr62202@notify.bestcase. |

District/off: 0312-1                                      User: admin                                                      Page 2 of 2
Date Rcvd: Mar 06, 2026                          Form ID: ntcfncur                                              Total Noticed: 1

Robert Braverman
                            on behalf of Debtor Sean S Smith rbraverman@mcdowelllegal.com
                            tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;fbeal@mcd
                            owlllegal.com;bravermanrr62202@notify.bestcase.

Thomas G. Egner
                            on behalf of Joint Debtor Heather M. Smith tegner@mcdowelllegal.com
                            tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcd
                            owelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner
                            on behalf of Debtor Sean S Smith tegner@mcdowelllegal.com
                            tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcd
                            owelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
                            on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com


TOTAL: 10