Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21–11915–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean S Smith
1 Primrose Lane
Blackwood, NJ 08012

Heather M. Smith
aka Heather M. Fronczkiewicz
1 Primrose Lane
Blackwood, NJ 08012

Social Security No.:
xxx–xx–1175

xxx–xx–3867

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 26, 2026</u>

<u>Andrew B. Altenburg Jr.</u>
Judge, United States Bankruptcy Court